SSA
F.# 2021R01087

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 24 2025 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

FAUSTIN NSABUMUKUNZI,

Defendant.

------------------------------X

~~PROPOSED~~ ORDER

CR 25-138 (JS)

Upon the application of JOHN J. DURHAM, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Samantha Alessi, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Central Islip, New York
       4/24, 2025

s/ Joanna Seybert
HONORABLE JOANNA SEYBERT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK