# THE LAW OFFICE OF EVAN SUGAR, P.C.

## Evan Sugar, Esq.

June 22, 2026

**VIA ECF/CM**
Honorable Joanna Seybert
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     United States v. Faustin Nsabumukunzi, 25-CR-138

Dear Judge Seybert:

I write to update the Court about recent developments related to our planned travel to Rwanda to conduct the defense investigation of this case. As we noted in our objections to Judge Dunst's Report and Recommendation, on June 4, 2026, the State Department issued a Level 3 travel advisory for the entire country of Rwanda due to the ongoing Ebola outbreak in the region. As a result of this advisory, the Defender Services Office denied our request to travel to Rwanda in August. We promptly notified the government of this development and have a call scheduled with them on Friday, June 26, 2026, to discuss the impact of this decision on the trajectory of this case and the timing of trial. We will write to the Court after that conversation with a further update and to make any necessary applications.

Respectfully submitted,

Evan Sugar, Esq.